# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANDRE D. BARR  
1807 E. STATE STREET  
ROCKFORD, IL 61104  

SSN-xxx-xx-6382

Case Number: 06-70522

Case filed on: 4/4/2006  
Plan Confirmed on: 9/1/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $33,980.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 015 | LAW OFFICES OF BARRY SEROTA & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PAULA FRISON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PAULA FRISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 1,800.98 | 1,800.98 | 0.00 | 0.00 |
| 023 | ILLINOIS DEPARMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 1,800.98 | 1,800.98 | 0.00 | 0.00 |
| 999 | ANDRE D. BARR | 0.00 | 0.00 | 2.28 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2.28 | 0.00 |
| 001 | AMCORE BANK NA | 32,307.00 | 32,307.00 | 8,463.78 | 4,010.29 |
| 002 | CITIFINANCIAL MORTGAGE COMPANY INC | 1,000.00 | 1,000.00 | 296.09 | 112.68 |
| 003 | FASTRUCK | 44,448.14 | 10,097.38 | 10,097.38 | 4,889.61 |
| 004 | SIERRA VIEW HOLDINGS INC | 837.93 | 837.93 | 0.00 | 0.00 |
| 005 | MOREQUITY | 2,295.13 | 2,295.13 | 0.00 | 0.00 |
| 020 | GDS EXPRESS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WINNEBAGO COUNTY CLERK | 2,880.00 | 2,880.00 | 827.37 | 535.08 |
|  | Total Secured | 83,768.20 | 49,417.44 | 19,684.62 | 9,547.66 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIFINANCIAL MORTGAGE COMPANY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FASTRUCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 43.87 | 43.87 | 0.00 | 0.00 |
| 009 | ASPIRE VISA | 2,117.83 | 2,117.83 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 309.97 | 309.97 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELL FINANCIAL SERVICES LP | 1,898.25 | 1,898.25 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,104.62 | 2,104.62 | 0.00 | 0.00 |
| 014 | NESTLE TRANSPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OPTION ONE MORTGAGE CORPORATION | 49,339.96 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 451.58 | 451.58 | 0.00 | 0.00 |
| 018 | UNIVERSAL ACCOUNT SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | AFNI/VERIZON WIRELESS | 506.88 | 506.88 | 0.00 | 0.00 |
| 021 | WINNEBAGO COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 56,772.96 | 7,433.00 | 0.00 | 0.00 |
|  | Grand Total: | 145,183.89 | 61,493.17 | 22,528.65 | 9,547.66 |

Total Paid Claimant:     $32,076.31  
Trustee Allowance:       $1,903.69  
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan